JERE J. CLIFFORD, Respondent, v. KATHLEEN N. HART, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Estate Tax upon the Estate of JAMES A. TROWBRIDGE, Deceased.— Order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROBERT DRAVECKA, Appellant, v. WALTER L. RICHARD, Respondent. (Action No. 1.)—Judgment and order affirmed, with costs. No opinion. Present— Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROBERT DRAVECKA, Appellant, v. WALTER L. RICHARD, Respondent. (Action No. 2.)—Judgment and order affirmed, with costs. No opinion. Present—Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MINNIE ROUSAK and Another, Respondents, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HENRY MENKE, Appellant, v. JEAN AUBERT MORRIS, Respondent. — Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PAUL F. E. EWOLDT, Individually, in Behalf of Himself and in Behalf of All Other Guaranteed Mortgage Certificate Holders and Creditors of the NEW YORK TITLE AND MORTGAGE COMPANY Similarly Situated, Appellant, v. NEW YORK TITLE AND MORTGAGE COMPANY and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Respondents, Impleaded with Others. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MOLLIE RUSKIN, Respondent, v. LOUIS MARTON, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JAMES A. DEMAREST, Appellant, v. AMERICAN FOREIGN CREDIT CORPORATION, and Others, Defendants, Impleaded with JAMES DUANE LIVINGSTON and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROSE JACOBS, a Bond Certificate Holder and Beneficiary under a Mortgage Conveyed in Trust to the STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Now Succeeded by THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Suing on Behalf of Herself and All Other Bond Certificate Holders and Trust Beneficiaries Similarly Situated, Respondent, v. THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Individually and as Trustee, Respondent, Appellant. SAMUEL HOFFMAN, Appellant. MYER LEVINE, a Bondholder of the BARC-RAY HOLDING CORPORATION, Suing on Behalf of Himself and All Other Bondholders Similarly Situated, Respondent, v. THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Individually and as Trustee, Respondent, Appellant. SAMUEL HOFFMAN, Appellant. — Interlocutory judgments appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

HYMAN GRILL, Respondent, v. SCHEINBERG ESTATES, INC., and Another, Defendants, Impleaded with ISADORE SCHEINBERG and Others, Appellants.— Order